# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Phillip K. Duah and Mary Dompreh <br> <u>Debtor(s)</u> | BKY. NO. 11-06274 JJT <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LSF8 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as servicer, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5237

                                        Respectfully submitted,

                                        <u>**/s/ Thomas Puleo**</u>
                                        Thomas Puleo, Esquire
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406
                                        Attorney for Movant/Applicant