Check No. 1162172

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 07-53173-RNO | 204-0 | JOHN R & CAROLE A AERY<br>Original Check written to:<br>BANK OF AMERICA<br>P.O. BOX 15733<br>WILMINGTON, DE  198505733 | 4104140014818612 | 7,313.80 | 147.24 | 0.00 | 147.24 |
| 11-05693-JJT | 02U-0 | DAVID E BAKER<br>Original Check written to:<br>FIA CARD SERVICES<br>P.O. BOX 15102<br>WILMINGTON, DE  19886-5102 | 2307/4965 | 970.97 | 12.62 | 0.00 | 12.62 |
| 11-05693-JJT | 09U-0 | DAVID E BAKER<br>Original Check written to:<br>FIA CARD SERVICES<br>P.O. BOX 15102<br>WILMINGTON, DE  19886-5102 | 3594 | 1,471.20 | 19.13 | 0.00 | 19.13 |
| 11-06274-JJT | 04U-0 | PHILLIP K DUAH<br>Original Check written to:<br>NORTHSTAR CAPITAL ACQUISITION<br>170 NORTHPOINTE PARKWAY<br>SUITE 300<br>AMHERST, NY  14228 | 4671 | 1,079.26 | 21.74 | 0.00 | 21.74 |
| 11-06274-JJT | 05U-0 | PHILLIP K DUAH<br>Original Check written to:<br>NORTHSTAR CAPITAL ACQUISITION<br>170 NORTHPOINTE PARKWAY<br>SUITE 300<br>AMHERST, NY  14228 | 4671 | 2,363.95 | 47.63 | 0.00 | 47.63 |
| 11-06730-MDF | 004-0 | JOSE L PLASENCIA<br>Original Check written to:<br>FIA CARD SERVICES<br>P.O. BOX 15102<br>WILMINGTON, DE  19886-5102 | 4306 | 8,892.40 | 58.82 | 0.00 | 58.82 |
| 11-06778-MDF | 999-0 | LANE F DAVIS<br>Original Check written to:<br>**LANE F DAVIS<br>129 RED BANK RD<br>MC ALISTERVILLE, PA  17049 | | 0.00 | 22.80 | 0.00 | 22.80 |
| 12-00006-JJT | 01U-0 | RONALD J GOREL<br>Original Check written to:<br>HOUSEHOLD FINANCIAL SERVICES<br>636 GRAND REGENCY BLVD<br>BRANDON, FL  33509 | 7314 | 11,789.85 | 293.23 | 0.00 | 293.23 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive. Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1162172

February 08, 2017

PAY** Six Hundred Twenty Three Dollars and 21 Cents*******************************

AMOUNT**$623.21*************

TO THE ORDER OF

VOID AFTER May 09, 2017
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA  17108-

Case 5:11-bk-06274-JJT   Doc 120   Filed 02/08/17   Entered 02/08/17 14:02:03   Desc
Main Document    Page 1 of 1