Check No. 1163676

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 10-10089-RNO | 19U-0 | SANDRA ANN MCKINLEY | | 2,301.97 | 7.28 | 0.00 | 7.28 |
| | | Original Check written to: JEROME AND CHERYL WADE C/O MARKIAN SLOBODIAN 801 NORTH SECOND STREET HARRISBURG, PA 17102- | | | | | |
| 11-06274-JJT | 04U-0 | PHILLIP K DUAH | 4671 | 1,046.76 | 32.50 | 0.00 | 32.50 |
| | | Original Check written to: NORTHSTAR CAPITAL ACQUISITION 170 NORTHPOINTE PARKWAY SUITE 300 AMHERST, NY 14228 | | | | | |
| 11-06274-JJT | 05U-0 | PHILLIP K DUAH | 4671 | 2,292.77 | 71.18 | 0.00 | 71.18 |
| | | Original Check written to: NORTHSTAR CAPITAL ACQUISITION 170 NORTHPOINTE PARKWAY SUITE 300 AMHERST, NY 14228 | | | | | |
| 11-08058-JJT | 02N-0 | ARTHUR J HAZELTINE | 0935 | 0.61 | 776.48 | 0.00 | 776.48 |
| | | Original Check written to: NORTHSTAR CAPITAL ACQUISITION 170 NORTHPOINTE PARKWAY SUITE 300 AMHERST, NY 14228 | | | | | |
| 12-00006-JJT | 01U-0 | RONALD J GOREL | 7314 | 11,783.85 | 6.00 | 0.00 | 6.00 |
| | | Original Check written to: HOUSEHOLD FINANCIAL SERVICES 636 GRAND REGENCY BLVD BRANDON, FL 33509 | | | | | |
| 12-04937-JJT | 007-0 | EDWARD JOEL POWELL | 0369 | 10,146.95 | 203.93 | 0.00 | 203.93 |
| | | Original Check written to: FIA CARD SERVICES P.O. BOX 15102 WILMINGTON, DE 19886-5102 | | | | | |
| 13-00067-JJT | 005-0 | ANTHONY P BASILE | 9974 | 0.00 | 5,347.00 | 0.00 | 5,347.00 |
| | | ARREARS/1297 BROOKFIELD RD SEE NOTE 12-20-16 UNCLAIMED FUNDS/CANNOT | | | | | |
| | | Original Check written to: SENECA MORTGAGE SERVICE,LLC 611 JAMISON ROAD ELMA, NY 14059- | | | | | |
| 13-03903-RNO | 999-0 | FAZAL AHMED | | 0.00 | 6.97 | 0.00 | 6.97 |
| | | Original Check written to: FAZAL AHMED 73 JAMESTOWN ROAD SHIPPENSBURG, PA 17257 | | | | | |

60-142
313

No. 1163676

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive. Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

March 09, 2017

PAY** Six Thousand Four Hundred Fifty One Dollars and 34 Cents*******************

AMOUNT**$6,451.34**********

TO THE ORDER OF

VOID AFTER June 07, 2017
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA  17108-

⑪"1163676"⑬:0313014422⑭:  1618  66156"