```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 11-06274-JJT
Phillip K. Duah                                                 Chapter 13
Mary Dompreh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: karendavi           Page 1 of 1           Date Rcvd: May 16, 2017
                            Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db/jdb          +Phillip K. Duah,    Mary Dompreh,    184 Murphy Circle,    Bushkill, PA 18324-8349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jerome B Blank    on behalf of Creditor    Caliber Home Loans Inc pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS,
               INC., SOLELY IN ITS CAPACITY AS SERVICER bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor    LSF8 MASTER PARTICIPATION TRUST, BY CALIBER HOME
               LOANS, INC., SOLELY IN ITS CAPACITY AS SERVICER Mcohen@mwc-law.com
              Richard M Squire    on behalf of Creditor    LSF8 Master Participation Trust lcolwell@squirelaw.com,
               coppenheimer@squirelaw.com
              Steven K Eisenberg    on behalf of Creditor    Household Finance Consumer Discount Company
               seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com
              Thomas I Puleo    on behalf of Creditor    LSF8 Master Participation Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Plaintiff Mary    Dompreh donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Joint Debtor Mary    Dompreh donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor Phillip K. Duah donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Plaintiff Phillip K. Duah donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 12

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Phillip K. Duah<br>184 Murphy Circle<br>Bushkill, PA 18324 | Chapter 13<br>Case No. 5:11−bk−06274−JJT |
| Mary Dompreh<br>184 Murphy Circle<br>Bushkill, PA 18324 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−8626
xxx−xx−4671

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 16, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: karendavis, Deputy Clerk